**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1046**

In re:  ALEXEY DAVID MCCOY,

Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  April 17, 2018                    Decided:  April 20, 2018

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Alexey David McCoy, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexey David McCoy has filed an original petition for a writ of habeas corpus, seeking release from jail and dismissal of indictments issued against him in Wake County, North Carolina. We ordinarily decline to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), and this case presents no reason to depart from this practice. Because McCoy appears to be awaiting trial in Wake County and his main challenges are to the state court's jurisdiction, we conclude that the interests of justice would not be served by transferring this case to the district court. *See* 28 U.S.C. §§ 1631, 2241(b) (2012); Fed. R. App. P. 22(a). Accordingly, we deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*

2